■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN ISAAC, Appellant. [696 NYS2d 325] —Judgment unanimously modified as a matter of discretion in the interest of justice and as modified affirmed in accordance with the following Memorandum: We reject the contention of defendant that his oral and written statements should have been suppressed. The record supports the determination that defendant knowingly, intelligently and voluntarily waived his *Miranda* rights (*see, People v Prochilo*, 41 NY2d 759, 761; *People v Hill*, 175 AD2d 603). Defendant failed to preserve for our review his contention that he was denied a fair trial by a comment made by the prosecutor during summation (*see*, CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]). The parties have requested that the sentence imposed on the count of murder in the second degree be reduced. After considering, *inter alia*, defendant's age, limited intellectual capacity, and minimal involvement in the commission of the murder, we modify the judgment as a matter of discretion in the interest of justice by reducing the sentence imposed on that count to an indeterminate term of incarceration of 15 years to life (*see*, CPL 470.15 [6] [b]). (Appeal from Judgment of Onondaga County Court, Brandt, J.—Murder, 2nd Degree.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.